Bruce W. Brewer, OSB #925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
503-621-6633
Attorney for plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | | |
|---|---|---|
| **HENRY MUZGAY,** | ) | Case No. 6:19-cv-01086-HZ |
| Plaintiff, | ) | **ORDER (EAJA FEE)** |
| V. | ) | |
| **COMMISSIONER,**<br>Social Security Administration, | ) | |
| Defendant. | ) | |

    Plaintiff's motion for an attorney fee under the Equal Access to Justice Act in the amount of $7,409.52 is hereby granted. The parties have stipulated to the motion and Plaintiff is entitled to the fee pursuant to 28 U.S.C. § 2412.  It is further ordered that the fee will be paid directly to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Plaintiff has no such debt then it is ordered that the check shall be made payable to Plaintiff's attorney, Bruce Brewer, and mailed to his office at PO Box 421, West Linn, OR

ORDER - 1

97068. If Plaintiff has such debt then it is ordered that the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above. There are no costs or expenses to be paid herein.

    Ordered this __28__ day of October, 2021.

                                     *Marco Hernandez*
                                   The Honorable Marco A. Hernandez
                                   U.S. District Court Judge, District of Oregon

Presented by:

Bruce W. Brewer
Attorney for Plaintiff

ORDER - 2